**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| TARA POWELL, <br><br>                 Plaintiff, <br><br> -v- <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and FLAGSHIP CREDIT ACCEPTANCE, LLC, <br><br>                 Defendants. | Civil Case Number: 1:23-cv-00566-MWM |

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Notice of Dismissal with prejudice as to **EXPERIAN.** It is respectfully requested that the matter against **EXPERIAN** be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:  November 30, 2023

                                               /s/ Yitzchak Zelman
                                               Yitzchak Zelman, Esq.
                                               701 Cookman Avenue, Suite 300
                                               Asbury Park, New Jersey 07712
                                               Phone: (732) 695-3282
                                             Fax:    (732) 298-6256
                                             Email: yzelman@marcuszelman.com
                                             Admitted Pro Hac Vice
                                             Attorney for Plaintiff